11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Bridgett Deloris McKenzie

Appellant

Vs.                   No. 11-03-00055-CR B Appeal from Dallas County

State of Texas

Appellee

 

The trial court convicted appellant, upon her
plea of guilty, of aggravated robbery. 
Pursuant to the plea bargain agreement, the trial court assessed
punishment at confinement for 8 years and a $1,500 fine.  We dismiss the appeal for want of
jurisdiction.

Appellant=s notice of appeal states only that she is raising issues presented in
pretrial motions and ruled on prior to trial. 
The clerk=s record reflects that the only pretrial
motion filed by appellant was appellant=s request that the case be referred to a magistrate.  This motion was granted.  The trial court states in the certificate of
appeal that appellant does not have permission to appeal.  Therefore, pursuant to TEX.R.APP.P. 25.2,
this court lacks jurisdiction to entertain this appeal.

The appeal is dismissed.

 

PER CURIAM

 

April 3, 2003

Do not publish. See TEX.R.APP.P. 47.2(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.